Thomas D. Neeleman, #33980
Jennifer L. Neeleman, #37374
Angela R. Neeleman, #37421
Benjamin T. Neeleman, #51329
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: 425-212-4800
Facsimile: 425-212-4802

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>Robert & Tiffany Van Duker,<br><br>Debtor(s) | Case No: 20-12411<br>(FILED ELECTRONICALLY) |

**NOTICE OF CHANGE OF ADDRESS FOR:**

_\_\_\_ DEBTOR                    \_\_\_\_\_ ATTORNEY (BAR ID # _____ )

\_\_ JOINT DEBTOR              \_\_\_\_\_ PLAINTIFF

\_\_X\_\_\_CREDITOR(S)            \_\_\_\_\_ DEFENDANT

_____

**NEW ADDRESS:**

Snap Finance
1193 W 2400 S
West Valley, UT 84119

REQUESTED BY:
/s/ Keven Stehl
Keven Stehl
Case Manager